SEALED

AO 442 (Rev.11/11) Arrest Warrant

FID 11823052

JUL 1 2025 PM12:32
FILED - USDC - FLMD - ORL

# UNITED STATES DISTRICT COURT
для the
Middle District of Florida

RECEIVED USMS ORLANDO
2025 JUN 26 PM2:07

| United States of America | ) |
| --- | --- |
| v. | ) |
| | ) Case No. 6:25-cr-179-PGB-NWH |
| SALVATORE RUSSOTTO | ) |
| a/k/a "@RussottoSal" | ) |
| | ) |
| | ) |

*Defendant*

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SALVATORE RUSSOTTO a/k/a "@RussottoSal"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Transmission of Interstate Threat to Injure, in violation of 18 U.S.C. § 875(c)
Retaliating Against a Federal Law Enforcement Officer by Threat, in violation of 18 U.S.C. § 115

Date: 06-25-25

*Issuing officer's signature*

City and state: Orlando, Florida

Elizabeth Warren, Clerk of Court
United States District Court

*Printed name and title*

### Return

This warrant was received on *(date)* 06-27-2025, and the person was arrested on *(date)* 06-27-2025
at *(city and state)* Orlando, FL.
Date: 06-27-2025

*Arresting officer's signature*

Ryan Villiard   Special Agent
*Printed name and title*