UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 6:25-CR-179-PGB-NWH

SALVATORE RUSSOTTO

**GOVERNMENT'S NOTICE OF INTENT TO PRESENT TESTIMONY AT SENTENCING**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, in accordance with this Court's Order (Doc. 59), hereby files its Notice of Intent to Present Testimony at Sentencing, and states:

The United States intends to call FBI Special Agent Drew Ulloa to testify at the sentencing hearing set for December 3, 2025. The United States anticipates that Agent Ulloa's testimony will take approximately ten minutes.

WHEREFORE, the United States provides notice of its intent to present testimony at the sentencing hearing.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Kara M. Wick*
Kara M. Wick
Assistant United States Attorney
FL Bar No. 0085578
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: kara.wick@usdoj.gov

**U.S. v. SALVATORE RUSSOTTO**          **Case No. 6:25-cr-179-PGB-NWH**

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Aziza Hawthorne, Esq.

By:    */s/ Kara M. Wick*
Kara M. Wick
Assistant United States Attorney
FL Bar No. 0085578
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: kara.wick@usdoj.gov

2