UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

      v.                              CASE NO. 6:25-CR-179-PGB-NWH

SALVATORE RUSSOTTO
    a/k/a "@RussottoSal"

## GOVERNMENT'S SENTENCING MEMORANCUM REGARDING AGGRAVATING EVIDENCE

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, in accordance with this Court's Order (Doc. 59), hereby files this Sentencing Memorandum Regarding Aggravating Evidence, and states:

### SUMMARY OF AGGRAVATING EVIDENCE

The United States intends to rely upon the attached exhibit (Exhibit 1) as evidence, including relevant conduct, at the time of sentencing. Exhibit 1 is an excel spreadsheet that sets forth the posts made by the defendant on the social media platform "X" (previously known as Twitter) using his X account @RussottoSal on or around May 19, 2025. Specifically, Exhibit 1 provides the following information: the date and time a post was made by @RussottoSal; the type of post that was made (a reply or retweet); the name and/or user mentioned in the post; and the content of the post. As the case agent will explain at sentencing, the content of Exhibit 1 was obtained through a search warrant to X for the defendant's account @RussottSal.

It is the government's position that the defendant's posts shown in Exhibit 1 illustrate that his offense involved more than two threats under USSG § 2A6.1(b)(2)(A); and that his offense involved credible threats of violence for purposes of the zero-point offender criteria under USSG § 4C1.1(a)(3). Additionally, the government contends that the Court should consider the nature of the posts in considering the sentencing factors under 18 U.S.C. § 3553.

WHEREFORE, the United States hereby requests that the Court consider the above-reference aggravating evidence at sentencing.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  /s/ Kara M. Wick
Kara M. Wick
Assistant United States Attorney
FL Bar No. 0085578
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: kara.wick@usdoj.gov

**U.S. v. Salvatore Russotto**                    **Case No. 6:25-cr-179-PGB-NWH**

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Aziza Hawthorne, Esq.


By:     /s/ Kara M. Wick
        Kara M. Wick
        Assistant United States Attorney
        FL Bar No. 0085578
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone:   (407) 648-7500
        Facsimile:    (407) 648-7643
        E-mail: kara.wick@usdoj.gov

3