| Date/Time | Type | Mention Name | Mention User | Message |
|---|---|---|---|---|
| 2025-05-20T00:54:28.000Z | Reply | US Attorney Habba | USAttyHabba | @USAttyHabba 86 HABBA. She's a traitor. Death penalty for all traitors. |
| 2025-05-20T00:52:29.000Z | Reply | US Attorney Habba; Alina Habba | USAttyHabba; AlinaHabba | @USAttyHabba @AlinaHabba 86 HABBA. |
| 2025-05-20T00:51:25.000Z | Reply | Nick Sortor | nicksortor | @nicksortor FUKK HABBA. USELESS CUNT. MAY YOU GET A YEAST INFECTION 86 HABBA. SHE IS NOT MAGA. 86 HABBA |
| 2025-05-20T00:48:49.000Z | Reply | US Attorney Habba | USAttyHabba | @USAttyHabba You're a useless CUNT |
| 2025-05-20T00:48:24.000Z | Reply | US Attorney Habba | USAttyHabba | @USAttyHabba 86 HABBA |
| 2025-05-20T00:46:50.000Z | Reply | US Attorney Habba; Alina Habba | USAttyHabba; AlinaHabba | @USAttyHabba @AlinaHabba You're a FUKKIN JOKE. 86 HABBA. |
| 2025-05-20T00:45:28.000Z | Reply | Chuck Schumer | SenSchumer | @SenSchumer 86 Schumer |
| 2025-05-20T00:44:48.000Z | Reply | US Attorney Habba; Alina Habba | USAttyHabba; AlinaHabba | @USAttyHabba @AlinaHabba FUKK YOU MUTT 86 HABBA |
| 2025-05-20T00:43:19.000Z | Reply | US Attorney Habba; Alina Habba | USAttyHabba; AlinaHabba | @USAttyHabba @AlinaHabba COWARD. |
| 2025-05-20T00:42:41.000Z | Reply | US Attorney Habba; Alina Habba | USAttyHabba; AlinaHabba | @USAttyHabba @AlinaHabba COWARD |
| 2025-05-20T00:37:54.000Z | Reply | MAGA Voice | MAGAVoice | @MAGAVoice FUKK Bongino. HES A PUSSY. ALL TALK NO BALLS. GO BACK TO YOUR PODCAST. |
| 2025-05-20T00:36:51.000Z | Reply | MAGA Voice | MAGAVoice | @MAGAVoice 86 Bongino |
| 2025-05-20T00:35:08.237Z | Retweet | Vince Langman | LangmanVince | RT @LangmanVince: If Matt Gaetz was President Trump's Attorney General instead of Pam Bondi, James Comey would be in a federal prison today... |
| 2025-05-20T00:34:41.000Z | Reply | Dan Bongino | FBIDDBongino | @FBIDDBongino FJB. I HOPE ITS A VERY PAINFUL DEATH. BURN IN HELL |
| 2025-05-20T00:33:13.129Z | Retweet | End Wokeness | EndWokeness | RT @EndWokeness: The media pretended this was normal https://t.co/32UHd1f7xO |
| 2025-05-20T00:33:00.000Z | Reply | DC_Draino | DC_Draino | @DC_Draino FJB. I HOPE ITS VERY PAINFUL. |
| 2025-05-20T00:32:35.125Z | Retweet | DC_Draino | DC_Draino | RT @DC_Draino: Joe Biden threw a grandma with cancer into federal prison for peacefully protesting election fraud on J6\n\nThis man is a mons... |
| 2025-05-20T00:32:16.000Z | Reply | Amy Klobuchar | amyklobuchar | @amyklobuchar FJB. I HOPE ITS VERY PAINFUL. |
| 2025-05-20T00:31:22.000Z | Reply | One Bad Dude | OneBadDude_ | @OneBadDude_ FUKK the N!GGERS |
| 2025-05-20T00:30:47.718Z | Retweet | Vivid.ᴛ.; Emmanuel Macron | VividProwess; EmmanuelMacron | RT @VividProwess: @EmmanuelMacron Fuck you. |
| 2025-05-20T00:30:23.000Z | Reply | Emmanuel Macron | EmmanuelMacron | @EmmanuelMacron 🖕🖕🖕 |
| 2025-05-20T00:29:47.000Z | Reply | Mike Pompeo | mikepompeo | @mikepompeo FUKK JOE BIDEN. |
| 2025-05-20T00:29:08.000Z | Reply | Charlie Kirk | charliekirk11 | @charliekirk11 FJB |
| 2025-05-20T00:15:08.000Z | Reply | Rep. Marjorie Taylor Greeness | RepMTG | @RepMTG What are you doing about the fraud DOGE uncovered? MUTT |
| 2025-05-20T00:12:50.000Z | Reply | Dan Bongino | FBIDDBongino | @FBIDDBongino 86 DemonRATS. |
| 2025-05-20T00:11:59.000Z | Reply | Tom Cotton | TomCottonAR | @TomCottonAR FJB |
| 2025-05-20T00:11:39.000Z | Reply | Chuck Schumer | SenSchumer | @SenSchumer 86 Schumer |
| 2025-05-20T00:10:48.000Z | Reply | Chuck Schumer | SenSchumer | @SenSchumer FJB |
| 2025-05-20T00:04:16.000Z | Reply | Dane | UltraDane | @UltraDane 86 N!GGERS |
| 2025-05-20T00:03:44.000Z | Reply | Rep. Nancy Mace | RepNancyMace | @RepNancyMace And what have you done about it besides post? LOSER USELESS |
| 2025-05-20T00:02:47.000Z | Reply | Senate Republicans | SenateGOP | @SenateGOP FJB. |
| 2025-05-20T00:02:09.000Z | Reply | usLionelus | LionelMedia | @LionelMedia N!GGERS |
| 2025-05-19T23:59:50.000Z | Reply | Attorney General Pamela Bondi; President Donald J. Trump; First Lady Melania Trump | AGPamBondi; POTUS; FLOTUS | @AGPamBondi @POTUS @FLOTUS You're a COWARD. |
| 2025-05-19T23:58:55.000Z | Reply | Rep. Nancy Mace | RepNancyMace | @RepNancyMace And what did you do about it?? Loser |
| 2025-05-19T23:57:49.000Z | Reply | Ted Cruz; First Lady Melania Trump | tedcruz; FLOTUS | @tedcruz @FLOTUS Hey Ted. Stop sucking Trumps ass 😂😂 pu$$y |
| 2025-05-19T23:56:05.683Z | Retweet | Kevin W. | Brink_Thinker | RT @Brink_Thinker: Adorable. Look at how happy he is...\n\n https://t.co/Ix56rUb3il |
| 2025-05-19T23:55:43.000Z | Reply | I Meme Therefore I Am us | ImMeme0 | @ImMeme0 FJB |
| 2025-05-19T23:55:01.000Z | Reply | Derrick Evans | DerrickEvans4WV | @DerrickEvans4WV 86 Canada |
| 2025-05-19T23:54:28.000Z | Reply | Ted Cruz | tedcruz | @tedcruz FJB |
| 2025-05-19T23:54:01.000Z | Reply | Townhall.com | townhallcom | @townhallcom 86 Hakeem |
| 2025-05-19T23:52:59.000Z | Reply | I Meme Therefore I Am us | ImMeme0 | @ImMeme0 Always n!ggers |
| 2025-05-19T23:52:17.000Z | Reply | 👨 | 4Mischief | @4Mischief 86 n!ggers |
| 2025-05-19T23:51:25.000Z | Reply | US Attorney Pirro | USAttyPirro | @USAttyPirro God Bless you. 🙏🙏♥️     👏👏👏 |
| 2025-05-19T23:49:55.000Z | Reply | Rep. Nancy Mace | RepNancyMace | @RepNancyMace You're a phony bitch. |
| 2025-05-19T23:49:32.000Z | Reply | Rep. Nancy Mace | RepNancyMace | @RepNancyMace FJB. NO SYMPATHY. |
| 2025-05-19T23:35:19.000Z | Reply | Kevin W. | Brink_Thinker | @Brink_Thinker GOD BLESS WHITE PEOPLE ♥️⬜️♥️⬜️⬜️⬜️ |
| 2025-05-19T23:34:26.418Z | Retweet | Kevin W. | Brink_Thinker | RT @Brink_Thinker: Kindness costs nothing but changes everything. a single act of kindness can brighten someone's darkest day 😊\n\n https://t... |
| 2025-05-19T23:15:48.000Z | Retweet | DKus☕us | 1Nicdar | @1Nicdar The GOP Needs to know WE ARE MAGA NOT REPUBLICANS |
| 2025-05-19T23:15:02.374Z | Retweet | Vince Langman | LangmanVince | RT @LangmanVince: And nothing will be done about it |
| 2025-05-19T23:14:24.000Z | Reply | Kevin W. | Brink_Thinker | @Brink_Thinker 🤍🤍🤍 |
| 2025-05-19T23:13:59.559Z | Retweet | Kevin W. | Brink_Thinker | RT @Brink_Thinker: The special moment when a baby starts to hear mom and dad for the first time ..\n\n https://t.co/mIN3SEwxc4 |
| 2025-05-19T23:12:46.000Z | Reply | Vince Langman | LangmanVince | @LangmanVince 86 ALL COMEYS |
| 2025-05-19T23:11:48.000Z | Reply | The Daily Sneed™ | Tr00peRR | @Tr00peRR MAGA DOES NOT FORGET |
| 2025-05-19T23:11:23.065Z | Retweet | The Daily Sneed™ | Tr00peRR | RT @Tr00peRR: 2021\n\nAn AmericanAirlines flight attendant called the police and had a two-year-old boy, his mother, and his grandmother remo... |
| 2025-05-19T23:09:40.000Z | Reply | Chuck Schumer | SenSchumer | @SenSchumer Hey Chuck your HUSBAND IS VERY HANDSOME. 🖕🖕👏👏 |
| 2025-05-19T23:07:51.000Z | Reply | Catturd™ | catturd2 | @catturd2 86 Comey |
| 2025-05-19T22:28:51.000Z | Reply | I Post Forbidden Videos | WorldDarkWeb2 | @WorldDarkWeb2 Let me guess.... N!GGERS RIGHT? |
| 2025-05-19T22:27:56.194Z | Retweet | I Post Forbidden Videos | WorldDarkWeb2 | RT @WorldDarkWeb2: Guy jumps a man sleeping for TikTok likes https://t.co/7XmNlhknrp |
| 2025-05-19T22:27:37.000Z | Reply | Senator Ted Cruz | SenTedCruz | @SenTedCruz Wow. Im in awe. You're a GLORY HOUND. |
| 2025-05-19T22:25:44.000Z | Reply | Clown World ™ 🌎 | ClownWorld_ | @ClownWorld_ Looks like a fine upstanding young man. Always the N!ggers |
| 2025-05-19T22:22:55.000Z | Reply | Rep. Ted Lieu | RepTedLieu | @RepTedLieu I'll take roast pork fried rice. Sweet and sour chicken and garlic dumplings |
| 2025-05-19T22:21:29.000Z | Reply | ERO Atlanta; WSB-TV; FOX 5 Atlanta; Atlanta News First; FBI Atlanta; CBP Southeast | EROAtlanta; wsbtv; FOX5Atlanta; A | @EROAtlanta @wsbtv @FOX5Atlanta @ATLNewsFirst @FBIAtlanta @CBPSoutheast God Bless all LAW ENFORCEMENT. THANK YOU 🙏🙏🙏🙏 |
| 2025-05-19T22:34:916Z | Retweet | ERO Atlanta | EROAtlanta | RT @EROAtlanta: A ARRESTED: ICE agents in Atlanta took a 30-year-old Venezuelan illegal alien into custody—wanted for murder in his home co... |
| 2025-05-19T22:20:05.000Z | Reply | The Daily Sneed™ | Tr00peRR | @Tr00peRR Always n!ggers |
| 2025-05-19T22:18:58.000Z | Reply | Amy Klobuchar | amyklobuchar | @amyklobuchar I hope you get a yeast infection. 😂😂😂 |
| 2025-05-19T22:17:49.002Z | Retweet | Rep. Nancy Mace | RepNancyMace | RT @RepNancyMace: The Big, Beautiful Bill delivers on what we promised the American people:\n-Historic tax cuts\n-No tax on tips or overtime... |
| 2025-05-19T22:15:12.000Z | Reply | Gunther Eagleman™ | GuntherEagleman | @GuntherEagleman @RepJeffries 86 Jeffries |
| 2025-05-19T22:13:23.000Z | Reply | Charlie Kirk | charliekirk11 | @charliekirk11 86 Jackson |
| 2025-05-19T22:11:56.000Z | Reply | House Judiciary GOP ususus | JudiciaryGOP | @JudiciaryGOP 86 all demonRATS |
| 2025-05-19T22:11:25.885Z | Reply | House Judiciary GOP ususus | JudiciaryGOP | RT @JudiciaryGOP: Horrible. |
| 2025-05-19T22:11:06.000Z | Reply | The Daily Sneed™ | Tr00peRR | @Tr00peRR Always n!ggers |
| 2025-05-19T22:10:22.000Z | Reply | Hakeem Jeffries | RepJeffries | @RepJeffries 86 Hakeem |
| 2025-05-19T22:09:43.000Z | Reply | Mila Joy | MilaLovesJoe | @MilaLovesJoe Who are they??? Stop the bullshit and tell the American taxpayers |
| 2025-05-19T22:08:43.000Z | Reply | DKus☕us | 1Nicdar | @1Nicdar Ok. Who are they?? |
| 2025-05-19T22:07:15.000Z | Reply | Rep. Jim Jordan | Jim_Jordan | @Jim_Jordan God bless the Trump family and all that support them ♥️⬜️♥️⬜️♥️⬜️⬜️⬜️⬜️ |
| 2025-05-19T22:06:20.294Z | Retweet | Rep. Jim Jordan | Jim_Jordan | RT @Jim_Jordan: Agreed! |
| 2025-05-19T22:05:52.000Z | Reply | Secretary Kristi Noem; Homeland Security | Sec_Noem; DHSgov | @Sec_Noem @DHSgov God Bless you and your team. Thank you 🙏 |
| 2025-05-19T22:05:10.423Z | Retweet | Secretary Kristi Noem; Homeland Security | Sec_Noem; DHSgov | RT @Sec_Noem: Today, @DHSgov conducted its first Project Homecoming charter flight of 64 individuals who voluntarily chose to self-deport t... |
| 2025-05-19T15:32:45.336Z | Retweet | White Ghost | White_Ghost187 | RT @White_Ghost187: 2 blacks murder a 74 year old grandmother. \nShe was stabbed, cut, and beaten to death during a robbery from a former ho... |
| 2025-05-19T15:32:30.326Z | Retweet | U.S. Immigration and Customs Enforcement | ICEgov | RT @ICEgov: We arrested this criminal alien reentering the United States without authorization after a previous removal — but that's not th... |
| 2025-05-19T15:31:55.871Z | Retweet | Kathleen Winchell ♥️⬜️⬜️⬜️⬜️⬜️⬜️ | KathleenWinche3 | RT @KathleenWinche3: Exactly!! https://t.co/vYFrw8vEri |
| 2025-05-19T15:27:47.123Z | Retweet | Matt Walsh | MattWalshBlog | RT @MattWalshBlog: Undisputed winner of The Worst Wife In America contest https://t.co/I6dobo0WmK |
| 2025-05-19T15:27:36.463Z | Retweet | American AF us | iAnonPatriot | RT @iAnonPatriot: The WHOLE Biden family is trash. https://t.co/MIzzJqw767 |
| 2025-05-19T15:27:23.247Z | Retweet | Steve us | SteveLovesAmmo | RT @SteveLovesAmmo: The ones demanding you display sympathy for Joe Biden were literally chanting "8647" a few days ago.\n\nJust throwing tha... |
| 2025-05-19T15:16:648Z | Retweet | Matt Couch | RealMattCouch | RT @RealMattCouch: Amy Klobuchar was $40,000 in debt when she won her first race of the U.S. Senate.. \n\nFast forward to today... She's the... |
| 2025-05-19T15:08:922Z | Retweet | Liz Churchill | liz_churchill10 | RT @liz_churchill10: Will Joe Biden be held accountable for his crimes? \n\n "The American People will be SHOCKED when they learn that the B... |
| 2025-05-19T15:26:56.221Z | Retweet | Marjorie Taylor Greeness | RepMTG | RT @RepMTG: 7 minutes of reasons to pass the Big Beautiful Bill!\n\n https://t.co/kYSwZcAnEv |
| 2025-05-19T15:26:19.083Z | Retweet | Alex Rosen | iFightForKids | RT @iFightForKids: Former (yes, despite molesting his 6 year old niece) Sex Offender Robert Ball came to meet a 12 year old girl for bathtu... |
| 2025-05-19T15:25:52.805Z | Retweet | Carter Hughes | itscarterhughes | RT @itscarterhughes: Meet Molly Gaston, a prosecutor that worked with Special Counsel Jack Smith to target President Trump.\n\nTrump has FIRE... |
| 2025-05-19T15:25:29.514Z | Retweet | Terrence K. Williams | w_terrence | RT @w_terrence: Kamala Harris you are one sick individual\n\nYou laughed and giggled as your boss was suffering from Dementia and Cancer.\n\nYo... |
| 2025-05-19T15:24:55.311Z | Retweet | Rick Scott | ScottforFlorida | RT @ScottforFlorida: Miami-Dade is officially RED! us |
| 2025-05-19T15:24:40.214Z | Retweet | Juanita Broaddrick | atensnut | RT @atensnut: I'm just so happy we have this guy back in charge. The White House rocks. https://t.co/Rp04aL293d |
| 2025-05-19T19:19.191Z | Retweet | U.S. Immigration and Customs Enforcement | ICEgov | RT @ICEgov: This Salvadoran national has an aggravated DWI conviction and pending charges for first-degree child sexual abuse.\n\n 🕊️ Go thank I... |
| 2025-05-19T15:53.145Z | Retweet | I Meme Therefore I Am us | ImMeme0 | RT @ImMeme0: Biden having cancer doesn't change the fact that he was a terrible leader who destroyed countless lives. https://t.co/Rn8VCkr3... |
| 2025-05-19T15:13.641Z | Retweet | Catturd™ | catturd2 | RT @catturd2: Every single thing signed by auto pen must be null and void. |
| 2025-05-19T15:23:02.034Z | Retweet | Gunther Eagleman™; Jessica Tarlov | GuntherEagleman; JessicaTarlov | RT @GuntherEagleman: @JessicaTarlov So we should just ignore the blatant crimes?\n\nAre you really this dumb, Jessica?\n\nFox should fire you. |
| 2025-05-19T15:23:07.74Z | Retweet | Ways and Means Committee | WaysandMeansGOP | RT @WaysandMeansGOP: Passing the One, Big, Beautiful Bill would preserve...\n\n→ Over 1 MILLION manufacturing jobs\n→ 700,000+ retail trade jobs... |
| 2025-05-19T15:22:12.373Z | Retweet | Mike Englemanum | RealHickory | RT @RealHickory: EF 2 & EF 3 tornados ripped through this part of the country Friday night, creating devastating damage and loss of life,... |
| 2025-05-19T15:22:02.721Z | Retweet | Laura Loomer | LauraLoomer | RT @LauraLoomer: Now that the media finally wants to talk about the cover up of Biden's terminal illness, when can we talk about what he di... |
| 2025-05-19T15:21:12.520Z | Retweet | Alex Jones | RealAlexJones | RT @RealAlexJones: BREAKING: Biden Deputy Chief Of Staff Confesses In Undercover Video That Biden Was A Near Vegetable Over The Last Four Y... |
| 2025-05-19T15:57.709Z | Retweet | Nick Sortor | nicksortor | RT @nicksortor: 🚨 President Trump is GOING OFF on Kamala ILLEGALLY paying Beyoncé $11,000,000 for an endorsement\n\nHe also put Oprah, Bruce... |
| 2025-05-19T15:51.127Z | Retweet | I Meme Therefore I Am us | ImMeme0 | RT @ImMeme0: President Trump is not taking any hostages! 👏👏👏 https://t.co/UrJmh3fNNc |
| 2025-05-19T15:45.481Z | Retweet | Mark Kaye | markkayeshow | RT @markkayeshow: 🚨 James Comer says \"Autopen\" staffers have been identified and subpoenas are coming! Let's see... https://t.co/Mm24zNGIhF |
| 2025-05-19T15:34.556Z | Retweet | Juanita Broaddrick | atensnut | RT @atensnut: THEY LIED ANOUT EVERYTHING!! |
| 2025-05-19T15:31.094Z | Retweet | Libs of TikTok; LCPS News | libsoftiktok; LCPSOfficial | RT @libsoftiktok: Three boys in @LCPSOfficial were forced to share a locker room with a girl pretending to be a boy. They said it made them... |
| 2025-05-19T15:01.140Z | Retweet | Trump War Room | TrumpWarRoom | RT @TrumpWarRoom: https://t.co/RU0zhbHwPr |
| 2025-05-19T19:42.423Z | Retweet | Vivid.ᴛ. | VividProwess | RT @VividProwess: IDF soldiers in prayer before another round of war in Rafah.\n\nMay God keep our heroes safe. https://t.co/GaKrRElqNd |
| 2025-05-19T18:02.932Z | Retweet | JoshLilj | JoshLilj1 | RT @JoshLilj1: https://t.co/Mbuo7UtBed |
| 2025-05-19T17:09.286Z | Retweet | MAGA Voice | MAGAVoice | RT @MAGAVoice: Heres Joe Biden's White House Physician Kevin O'Connor saying Joe Biden is in "excellent" health \n\nWhy hasn't Congress Sub... |
| 2025-05-19T16:56.496Z | Retweet | Johnny Midnight ⚡ | its_The_Dr | RT @its_The_Dr: https://t.co/sY540Oppk5 |
| 2025-05-19T15:45.960Z | Retweet | Spitfire | DogRightGirl | RT @DogRightGirl: Cancer is not a get out of investigations or jail. \n\nThe DOJ will continue to do what they need to do. |
| 2025-05-19T16:39.412Z | Retweet | Paul A. Szypula us | Bubblebathgirl | RT @Bubblebathgirl: Gov. Tim Walz of Minnesota had his police using paintball guns to sh**t Minnesota residents if they broke curfew by bei... |
| 2025-05-19T16:34.170Z | Retweet | Laura Loomer | LauraLoomer | RT @LauraLoomer: Don't forget. \n\nJoe Biden tried to jail Trump, and he also tried to murder Trump. |
| 2025-05-19T16:06.845Z | Retweet | Spitfire | DogRightGirl | RT @DogRightGirl: Im old enough to remember when they celebrated Rush Limbaugh dying of cancer. \n\nSo no, I will not stop criticizing Biden... |
| 2025-05-19T15:51.624Z | Retweet | DC_Draino | DC_Draino | RT @DC_Draino: Miami is officially RED after Republicans take a 23,000 voter registration lead\n\nAnd you know who is leading that effort?\n\nH... |
| 2025-05-19T15:46.491Z | Retweet | MAGA Voice | MAGAVoice | RT @MAGAVoice: HOLY SH*T 🚨 Donald Trump will be investigating how much Kamala Harris paid Oprah. Tick Tock...\n\nKamala Harris should be sittin... |
| 2025-05-19T15:37.658Z | Retweet | Alex Jones | RealAlexJones | RT @RealAlexJones: This is the definition of treason! |

| Date/Time | Type | Mention Name | Mention User | Message |
|---|---|---|---|---|
| 2025-05-17T20:19:34.106Z | Retweet | Steve Ferguson; Secretary Kristi Noem; Attorney General Pamela Bondi | lsferguson; Sec_Noem; AGPamBondi | RT @lsferguson: James Comey put out a hit on President Trump. Why hasn't he been arrested? @Sec_Noem @AGPamBondi |
| 2025-05-17T20:58:57.746Z | Retweet | Gunther Eagleman | GuntherEagleman | RT @GuntherEagleman: Is James Comey above the law?  \n\nThe evidence was pretty damning. |
| 2025-05-17T21:26:12.775Z | Retweet | Barron Newsus | _NewsBarron | RT @_NewsBarron: 🔨 General Flynn Drops the Hammer: Arrest Obama, Brennan, Comey &amp; the Rest of the Coup Cabal\n\nGeneral Michael Flynn isn't m... |
| 2025-05-17T21:46:50.378Z | Retweet | Laura Loomer | LauraLoomer | RT @LauraLoomer: Happy Saturday to everyone except Pam Blondi who won't fire James Comey's daughter from the DOJ. \n\nhttps://t.co/agAtVU92zr |
| 2025-05-17T22:57:08.000Z | Reply | Senator John Cornyn | JohnCornyn | @JohnCornyn 86 comey |
| 2025-05-18T21:42:04.216Z" | Retweet | Laura Loomer | LauraLoomer | RT @LauraLoomer: 🔨 Pam Blondi Is Allowing James Comey's Daughter and his Son In Law to Work at the Trump DOJ 🔨 \n\nDid you know that Maurene... |
| 2025-05-17T18:43:28.732Z | Retweet | Mila Joy; Pam Bondi | MilaLovesJoe; PamBondi | RT @MilaLovesJoe: Any reason why AG Pam Bondi (@PamBondi) hasnt REMOVED Jim Comey's daughter, Maurene Comey, from the SDNY? |