# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                    **Case No. 6:25-CR-179-PGB-NWH**

**SALVATORE RUSSOTTO**

_____/

## SENTENCING MEMORANDUM AND REQUEST FOR A DOWNWARD VARIANCE

Salvatore Russotto ("Mr. Russotto"), by and through undersigned counsel, respectfully files this sentencing memorandum and request for a downward variance. The Presentence Report (PSR) sets forth a guideline range of 24-30 months of imprisonment and reflects a criminal history category I.[1] This Court is tasked with imposing a sentence that is sufficient but not greater than necessary to comply with the statutory purposes of sentencing. Mr. Russotto is a man who is committed to self-improvement and enriching his community. A downward variance would promote respect for the law, afford adequate deterrence and protect the public. As grounds in support of his request for a guideline sentence, Mr. Russotto states the following:

---

[1] PSR ¶68.

## HISTORY AND CHARACTERISTICS

*Longing for a Child*

Mr. Russotto always dreamed of having a family of his own. He wanted to provide to his children what he never had as a child – a childhood rich in love, affection and support. After marrying his wife, Stacy Russotto ("Mrs. Russotto") in 1998, he was a step closer to having a family.[2] Six years and three rounds of in vitro fertilization later, Mr. and Mrs. Russotto were pregnant with twins, Mr. Russotto's dream was almost a reality.[3] Devastatingly, six months into Mrs. Russotto's pregnancy, in the beginning of her third trimester, the twins were stillborn.[4] The news crushed Mr. and Mrs. Russotto. The hope that filled their hearts about finally becoming parents was replaced by heartbreak.

About a year later, still destined to be parents, Mr. and Mrs. Russotto were granted custody of their nephews. Mr. and Mrs. Russotto helped raise their nephews as their own sons for the next year or two until they reunited with their mother, Mrs. Russotto's sister, in 2007.[5] Even after their nephews were reunited with their mother, the Russotto's continued to help raise the two

---

[2] PSR ¶42.

[3] *Id.*

[4] *Id.*; Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 6 (2025).

[5] Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 6 (2025).

boys as their sons.[6] Approximately a year after their nephews returned to live with their mother, Mr. and Mrs. Russotto adopted a newborn son.[7] Eager to take on the roll of parents again, both Mr. and Mrs. Russotto poured into their son, showing him love, support and affection. Their son is now seventeen years old, attending high school. "He has cared, paid for and taught me throughout my childhood....and has celebrated all but one or two birthdays with me," writes Mr. Russotto's son in his letter to the Court.[8] At a time when Mr. Russotto was content with his life, married to his wife, raising their now eight year old son, he learned of the passing of one of his nephews. His nephew was killed by a drunk driver in 2016.[9] Mr. Russotto was shattered by the news. This loss was significant in Mr. Russotto's mental health and addiction journey. "In addition to depressive symptoms, he endorsed experiencing symptoms of anxiety.[10]

### *Childhood Neglect*

As a child Mr. Russotto felt unwanted and rejected. His biological father and his mother divorced when he was very young.[11] Following their divorce,

---

[6] *See* App. C-1.

[7] PSR ¶43.

[8] App. C-2.

[9] PSR ¶42.

[10] Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 7 (2025).

[11] PSR ¶40.

Mr. Russotto's father never took an interest in him and therefore they have never had a relationship. Consequently, Mr. Russotto was primarily raised by his mother.[12] "I always felt like my mother never liked me," he shared with Dr. Orozco.[13] He was raised in a household with his sisters, but he was bullied by them and he never had a room of his own.[14] He recalls wishing he was not born.[15] His mother married a man during his adolescence.[16] That man did not treat him any better than his biological family. Mr. Russotto recalls his stepfather beating him with a leather belt and closed fists until he was black and blue.[17] His respite from his family was playing outside with his friends and as a teen, his respite became drugs and alcohol.[18] Testing conducted by Dr. Orozco demonstrated that Mr. Russotto's difficulties in interpersonal functioning is often associated with histories of emotional neglect, inconsistent caregiving or betrayal much of with he experienced as a child.[19] Despite his

---

[12] *Id.*

[13] Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 5 (2025).

[14] PSR ¶41.

[15] *See* Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 6 (2025).

[16] PSR ¶40.

[17] PSR ¶41; Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 5(2025).

[18] *Id.;* Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 6 (2025).

[19] Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 11 (2025).

upbringing, Mr. Russotto graduated from Lafayette High School and joined a roofer's union where he remained until he retired 32 years later.[20]

## *The Grip of Addiction*

"I've been an alcoholic for as long as I can remember. Alcohol has taken over my life." [21] Mr. Russotto has battled with addiction for most of his life. He is in a place in his life now, where he can admit that and thus has already taken the first step toward recovery. Mr. Russotto started drinking alcohol and smoking marijuana when he was only 14 years old.[22] His first exposure to alcohol however was with his stepfather. His stepfather would consistently physically discipline him, but that abuse was worse when he drank alcohol.[23] "Even though his stepfather was not his biological father, his behavior contributed to an environment in which alcohol misuse was frequently modeled and normalized within the household.[24] As Mr. Russotto got older, he started using and abusing other substances. At age 16 he began using cocaine.[25] The

---

[20] PSR ¶41, ¶60, ¶62, ¶63.

[21] App. B.

[22] PSR ¶57.

[23] PSR ¶41; Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 5(2025).

[24] *Id.*at 7.

[25] PSR ¶41, ¶57.

next 18 years that followed, Mr. Russotto used alcohol, marijuana and cocaine regularly.[26]

Mr. Russotto's addiction had significant effects on his life. Addiction forced him to remain living with his mother even while he was employed because his money went to drugs, it caused a strain on his relationship with his wife ultimately leading to their separation, it caused him to miss days of work and ultimately it led to his arrest on this federal case.[27]

Mr. Russotto has abused substances for his entire life, with only brief periods of sobriety. His periods of sobriety and then periods of relapse were brought on by devastating traumatic moments. Following the death of his nephew in 2016, Mr. Russotto remained sober from alcohol for five years.[28] His period on pretrial release, has been the first period of sobriety from all substances he has ever had.[29]

### *The Silent Battle*

In addition to battling substance use disorder, as an adult, Mr. Russotto has also battled mental health disorders. In 2018, upon retirement, Mr.

---

[26] PSR ¶57.
[27] Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 5 (2025).
[28] Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 7 (2025).
[29] PSR ¶58.

Russotto was diagnosed with Bipolar Disorder.[30] Dr. Orozco, describes Mr. Russotto's adult life as shaped by recurrent depressive episodes and profound grief."[31] Testing done by Dr. Orozco on October 1, 2025, showed that Mr. Russotto significant emotional, behavioral and interpersonal disturbances are consistent with polysubstance abuse.[32] Testing also showed that substance use was a primary method of emotional regulation during periods of heighted stress and dysphoria for Mr. Russotto.[33] Mr. Russotto would turn using drugs and alcohol as a way to manage psychological distress. [34] Dr. Orozco explains that, "[e]arly exposure to alcohol within the home likely normalized substance use, and, when combined with the absence of consistent emotional support, facilitated the initiation of alcohol consumption, chronic cannabis use, and later cocaine addiction as a means of self-medication.[35]

*The Recovery Journey*

Mr. Russotto is currently in treatment. Dr. Orozco predicts that Mr. Russotto's prognosis is favorable. [36] Mr. Russotto has been participating in

---

[30] Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 6 (2025).
[31] *Id.*at 16.
[32] *Id.*at 10.
[33] *Id.*at 12.
[34] *Id.*at  17.
[35] *Id.*at 17.
[36] *Id.*at 18.

biweekly therapy sessions addressing substance use and mental health.[37] "He has achieved sustained sobriety, demonstrating meaningful behavioral change after decades of substance misuse, and he now channels his time and energy into volunteer work that reinforces structure, purpose, and community connection."[38] "With ongoing monitoring, motivational enhancement, and the reinforcement of adaptive coping strategies, Mr. Russotto is well-position to maintain recovery, strengthen interpersonal functioning, and experience continued improvement in overall psychological stability."[39] Mr. Russotto has filled his days on pre-trial release pouring into himself by donating his time and expertise to others. He volunteers at the Bithlo Transformation Village, Second Harvest and the Lighthouse Church.[40] He also has reconnected with God, becoming an active member at Most Precious Blood Church.[41] His involvement with United Global Outreach has provided him with what he was lacking as a child, a sense of belonging, and support.[42]  With regard to his recovery, Mr. Russotto writes, "I am a changed person thanks to the treatment I have received through the Body and Mind

---

[37] PSR ¶54.

[38] Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 18 (2025).

[39] *Id.*

[40] PSR ¶46.

[41] *Id.*

[42] Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 8 (2025).

and the monthly therapist sessions that I have attended twice a month through Chance, Choices and Changes. But most of all a big impact to my sobriety has been my volunteer experiences throughout United Global Outreach. They have given me a sense of purpose and have been a great support group."[43]

## NATURE AND CIRCUMSTANCES OF THE OFFENSE

Mr. Russotto was arrested for the instant offense on June 27, 2025. The offense conduct involved a series of posts made by Mr. Russotto on the online platform X, between 8:02p.m. and 8:25p.m on May 19, 2025.[44] The following day, on May 20, 2025, Mr. Russotto agreed to speak with agents of the Federal Bureau of Investigation.[45] He admitted to the agents that he was drunk on May 19, 2025 and did not remember making the posts.[46] This particular conduct occurred while Mr. Russotto was experiencing a blackout from his alcohol consumption. At the time of his arrest, Mr. Russotto's alcohol use was severe, drinking two bottles of vodka per day.[47] Mr. Russotto has accepted responsibility for this offense and decided to waive his constitutional right to a trial jury by pleading guilty.[48]  He is extremely remorseful and ashamed of his

---

[43] App. B.
[44] PSR ¶12.
[45] PSR ¶16.
[46] *Id.*
[47] Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 16 (2025).
[48] PSR ¶19.

conduct.[49] He writes, "I'd like to apologize to Mrs. [*redacted name*] for my disgusting comments as I am embarrassed and ashamed of my conduct."[50]

Following his arrest and initial appearance for this conduct, Mr. Russotto was in crisis. He failed to appear at his arraignment on July 3, 2025, because he was Baker Acted the previous day.[51] On July 2, 2025, Mr. Russotto was experiencing heightened anxiety, alcohol withdraw, depression and was expressing suicidal ideation.[52] Following the 72-hour hold pursuant to the Baker Act, Mr. Russotto turned himself in on July 7, 2025. Since that day, Mr. Russotto has been actively engaged in therapy treatment which has been transformative.

### NEED FOR THE SENTENCE IMPOSED TO REFLECT THE SERIOUSNESS OF THE OFFENSE, PROMOTE RESPECT FOR THE LAW, AFFORD ADEQUATE DETERRENCE, PROTECT THE PUBLIC FROM FURTHER CRIMES AND PROVIDE THE NECESSARY EDUCATIONAL OR VOCATIONAL TRAINING

The maximum term of imprisonment for the offense for which Mr. Russotto is convicted is five years.[53] His current guideline range provides for imprisonment between 24 and 30 months, which at the high end, is half of the maximum term of imprisonment.[54] The potential penalties for this conviction

---

[49] *Id.*
[50] App. B.
[51] PSR ¶18.
[52] PSR ¶53.
[53] PSR ¶67.
[54] PSR ¶68.

are severe for Mr. Russotto.  He currently receives disability benefits. If he were to serve a period of incarceration, he would lose his benefits.[55] If Mr. Russotto loses his benefits, he will subsequently lose his ability to pay his mortgage and lose his home.

Mr. Russotto scores zero criminal history points. His only other arrest in his life occurred 35 years ago.[56] He was sentenced to five years of probation which he completed without any issues. According to a study done by the United States Sentencing Commission in 2023, offenders with zero criminal history points, like Mr. Russotto, only have a 30.2% rearrest rate for recidivism.[57]



Rearrest Rates for Recidivism Study Offenders by Criminal History Points

SOURCE: U.S. Sentencing Commission's 2005 Recidivism Release Cohort Datafile, RECID05. Of the 25,431 cases in this study, the Commission excluded cases from this analysis that were missing information necessary to perform the analysis.

---

[55] Social Security Administration, *What Prisoners Need to Know*, Publ'n No. 05-10133, Jan. 2023, 2, EN-05-10133.pdf.
[56] PSR ¶33.
[57] Kim Steven Hunt et al., *Recidivism Among Federal Offenders: A Comprehensive Overview*, United States Sentencing Commission (2023).

The rearrest rate is even lower at 21.7% for offenders sentenced at Mr. Russotto's age of 59 years old. [58]



**Rearrest Rates for Recidivism Study Offenders by Age at Sentencing and Release**



SOURCE: U.S. Sentencing Commission's 2005 Recidivism Release Cohort Datafile, RECID05. Of the 25,431 cases in this study, the Commission excluded cases from this analysis that were missing information necessary to perform the analysis.

Data demonstrates that there is a lesser need to provide the public from further crimes of offenders similarly situated to Mr. Russotto.

There is no minimum term of imprisonment required for this offense. The guidelines contemplate only the ways in which a defendant has violated the law, *Booker*[59] requires consideration of other, factors not rooted in criminality such as the history and characteristics of the defendant. These history and characteristics contemplate the consideration of personal experiences such as childhood trauma, mental illness, substance abuse, neglect and poverty. None of these factors, which to each defendant individually, are reflected in the sentencing guidelines. While custodial sentences are more severe than

---

[58] *Id.*

[59] *United States v. Booker* 543 U.S. 220 (2005).

probationary sentences, probationary sentences can still be significant, especially when offenders are subject to strict conditions that restrict their liberty.[60] Probation is a substantial restriction of freedom.[61] A probationary sentence is appropriate given the nature and circumstances of the offense and Mr. Russotto's history and characteristics. Further, the Department of Justice's own data demonstrates that incarceration is unlikely to deter future crime.[62]

The public is better with Mr. Russotto in it. After his arrest, he took it upon himself to reach out to different organizations for volunteer opportunities.[63] His time has been a gift to each community he has touched. At United Global Outreach, Mr. Russotto began volunteering every Friday but then started returning to work there every day. The Chief Executive Officer of United Global Outreach describes Mr. Russotto's impact in his letter, "[h]onestly in my 16+ years working in this community, I've never seen a more dedicated and committed person who was able to quickly build genuine and caring relationships with so many of our staff and the community, especially with our

---

[60] *Gall v. United States*, 552 U.S. 38, 48 (2007).

[61] *Id.*at 44.

[62] *See* U.S. Dept. of Justice, Nat'l Inst. of Justice, *Five Things About Deterrence* (July 2014)

[63] App. E. Mr. Russotto was asked to notate his volunteer hours by undersigned counsel's office to help keep track of where and when he was volunteering.

students. He has been exceptional."[64] Mr. Russotto has completed several projects while volunteering with United Global Outreach including building a school clubhouse.[65] The students lovingly refer to the playhouse as the Tah Maha.[66] Mr. Russotto also has had a significant positive compact on kindergarten and first-grade students through his involvement with the Orange County Academy.[67] The Director or the Orange County Academy describes her impression of Mr. Russotto, "Sal's character is defined by his generosity, integrity, and his heart for under-privileged children. He has formed meaningful relationships with our eight very special students, who eagerly look forward to his every visit and benefit greatly from his presence and guidance. Sal's positive influence and genuine care have made a lasting difference in their lives, and I truly believe our community is better because of him."[68]

## CONCLUSION

This Court tasked with determining a just sentence for Mr. Russotto, a sentence that reflects the seriousness of the offense and considers Mr. Russotto's personal history and characteristics. Mr. Russotto is extremely

---

[64] App. D-1.
[65] App. D-2.
[66] App. D-5.
[67] App. D-3.
[68] App. D-3.

remorseful for his participation in this offense.  He fully understands what he did was wrong and that he must be punished for his conduct. Since committing the charged offense, Mr. Russotto has been committed to his treatment, his sobriety and giving back to his community. "With ongoing monitory, motivational enhancement, and the reinforcement of adaptive coping strategies, Mr. Russotto is well-positioned to maintain recovery, strengthen interpersonal functioning, and experience continued improvement in overall psychological stability."[69] A probationary sentence will allow him to continue his treatment and is sufficient but not greater than necessary to comply with the statutory purposes of sentencing.

Respectfully submitted this 28th day of November 2025.

Charles L. Pritchard, Esq.
FEDERAL DEFENDER, MDFL

/s/Aziza Hawthorne
Aziza Hawthorne
Assistant Federal Defender
Massachusetts Bar No: 709255
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: (407) 648-6338
Facsimile: (407) 648-6095
E-Mail: aziza_hawthorne@fd.org

---

[69] Dr. Orozco, *Forensic Psychological Evaluation and Report Privileged and Confidential Summary of Psychological Assessment*, 18 (2025).

15

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the foregoing *Sentencing Memorandum and Request for a Downward Variance* was electronically filed with the Clerk of Court using the CM/ECF system that will automatically send a notice of electronic filing to Assistant United States Attorney, Kara Wick, this 28th day of November 2025.

*/s/ Aziza Hawthorne*
Attorney for Mr. Russotto

16