**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| CLERK'S MINUTES |
|---|
| **Sentencing Hearing** |

**Case Number: 6:25-cr-179-PGB-NWH**

---

**UNITED STATES OF AMERICA**                    Government's
                                               Counsel:    Kara Wick

                        **Plaintiff,**

**v.**

**Salvatore Russotto**                          **Defense**
                                               **Counsel:    Aziza Hawthorne**

                        **Defendant.**

| Judge: | **Paul G. Byron** | Court Reporter | Nikki Peters courttranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | December 3, 2025 | Time: | 10:07 AM – 11:12 AM 1 hour, 5 minutes |

Case called. Appearances taken. Defendant sworn.

Government exhibits 1 and 2 admitted.

Timothy McKinney gave an unsworn statement.

Defendant is adjudged guilty to Count One of the Superseding Information. The underlying Indictment is dismissed.

**PROBATION:**  5 years.

The mandatory drug testing requirements are imposed.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**

- Drug Aftercare
  Mental Health Treatment
  Collection of DNA

- 2 -

      No contact with victim
      6 months of home detention

**FINE:**  Waived

**SPECIAL ASSESSMENT:**  $100.00, due immediately.

Plea Agreement is accepted.

Defendant advised of right to appeal.

Court adjourned.